UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) DEREK SMITH LAW GROUP ESQ.
1 PENNSYLVANIA PLAZA 49TH FLR. NEW YORK, NY 10119 |
PH: (212) 587-0760

Index Number: 1:19-cv-3666- DLI-RML
Date Filed: 6-26-2019
Court Date:

Brandon Padgett

*Plaintiff*

vs

Long Island Business Institute, Inc., Keith Brotherson, Jonathan Aybay, William Chung and Monica Foote

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Husam Al-Atrash**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **7/1/2019**, at **3:00 PM** at **136-18 39th Avenue 5th Floor, Flushing, NY 11354**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **William Chung, Defendant** therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Derrick Wau** **a person of suitable age and discretion.**

Said premises is subject's **actual place of business / employment** within the state. A description of **Derrick Wau** is as follows:

**Sex**: Male **Color of skin**: Yellow **Color of hair**: Black **Age**: 30
**Height**: 5ft9in-6ft0in **Weight**: 161-200 Lbs. **Other** :

On **July 2, 2019**, service was completed by mailing a true copy of the above stated document(s) to **William Chung** at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on July 2, 2019

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2023

Client's File No.:

Process Server, Please Sign
Husam Al-Atrash
Lic# 1279639
Job #: 1927274

*INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771*